

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00395-CR

| | | |
|---|---|---|
| Herbert Hoover Pratt III | § | From the 372nd District Court |
| | § | of Tarrant County (1381999D) |
| v. | § | May 3, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's order to withdraw funds to accurately reflect the $389 amount of court costs listed in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth